Eastern District of Kentucky
**FILED**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## AT COVINGTON

JUN - 8 2016

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO. 08-49-DLB-CJS-3**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**        **ORDER ADOPTING REPORT AND RECOMMENDATION**

**JEFFREY SULLIVAN**                                                   **DEFENDANT**

\*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*

This matter is before the Court upon the May 23, 2016 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court find that the Defendant Jeffrey Sullivan violated the terms of his supervised release as set out in the March 4, 2016 Supervised Release Violation Report and modify the conditions of Defendant's supervised release. (Doc. # 474). Defendant initially appeared on his supervised release violation charges before Magistrate Judge Smith on March 10, 2016. (Doc. # 457). The Final Revocation Hearing was held on March 25, 2016. (Doc. # 463). In the R&R, Magistrate Judge Smith recommends that the Court modify Defendant's supervised release to add two special conditions: that Defendant serve fourteen (14) weekends of intermittent confinement, and that Defendant be directed to a substance abuse program. (Doc. # 474).

Defendant having waived his right to allocution and his right to file objections to the R&R (Doc. # 475), the R&R is now ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended modifications and the basis for said recommendation, and the Court being

otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. # 474) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of his supervised release as set out in the March 4, 2016 Supervised Release Violation Report;

3. Defendant will remain on supervised release subject to all standard and special conditions previously imposed, and with his supervised release **MODIFIED** to add the following special conditions:

   (a) Defendant shall serve **fourteen (14) weekends of intermittent confinement**, every other weekend to accommodate his parenting schedule, with confinement to begin Friday evenings at 7:00 p.m. and end on Sunday evenings at 7:00 p.m., or as directed by the facility and Probation Office. Defendant is to report to the facility when directed; and

   (b) Defendant is directed to a substance abuse treatment program by the Probation Office, without regard for whether he thinks such a program is necessary; and

4. Defendant's intermittent confinement shall be served, if feasible, at the Bureau of Prisons approved facility closest to his Cincinnati, Ohio home.

This 8th day of June, 2016.



Signed By:
*David L. Bunning*  DB
**United States District Judge**

K:\DATA\ORDERS\Covington Criminal\2008\08-49-3 Order Adopting R&R.wpd