**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL CASE NO. 08-49-DLB-CJS-3**

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**vs.**                                                     <u>**ORDER**</u>

**JEFFREY SULLIVAN**                                                         **DEFENDANT**

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

This matter is before the Court on the Report and Recommendation (R&R) of Magistrate Judge Candace J. Smith (Doc. # 509), wherein she recommends that Defendant's supervised release be revoked and that he be sentenced to a term of incarceration of twenty (20) months, with no supervised release to follow. During the final revocation hearing conducted by Judge Smith on September 7, 2017, Defendant admitted to violating the terms of his supervised release as set out in the August 30, 2017 Violation Report and the August 31, 2017 Addendum. (Doc. # 492).

Although the parties would ordinarily have fourteen (14) days to file objections to the R&R, during the final hearing, both sides waived the 14-day-objection period. *Id.* Defendant having further waived his right to allocution (Doc. # 493), the R&R is ripe for review. Having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)       The Government's oral motion to dismiss the portion of Violation No. 2 set forth in the August 30, 2017 Violation Report (Doc. # 483), charging the Defendant with unlawfully consuming oxycodone, is hereby **GRANTED;**

(2)       The Report and Recommendation (Doc. # 509) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(3)       Defendant's supervised release is hereby **REVOKED**;

(4)       Defendant is sentenced to the custody of the Attorney General for a term of **incarceration of 20 months**, credit to be given for time served since his detention on the violation charges, with **no supervised release** to follow;

(5)       Defendant's sentence, if possible, shall be served at a federal correctional facility near Cincinnati, Ohio; and

(6)       A Judgment shall be entered concurrently herewith.

This 5th day of December, 2017.



Signed By:
*David L. Bunning*
**United States District Judge**

K:\DATA\ORDERS\Covington Criminal\2008\8-49 Order Adopting SR R&R.docx